UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          Criminal No. 04-10231-MLW

Sean Sacco
21 Frost Ave
Dorchester, MA

**SUMMONS IN A CRIMINAL CASE**

You are hereby SUMMONED to appear for an Initial Appearance on **Wednesday, November 10, 2004 at 11:00 A.M., in Courtroom #15,** on the 5th Floor in the United States District Court, 1 Courthouse Way, Fan Pier, Boston, Massachusetts, before Magistrate Judge Judith Gail Dein.

For an initial appearance on a Superseding Indictment with charges of Conspiracy, Mail Fraud, Wire Fraud, Interstate Transportation of Stolen Goods and Aiding and Abetting.

_____                                   November 5, 2004
Signature of Issuing Officer                                Date

Thomas F. Quinn Jr
Deputy Clerk

**NOTE:** The defendant must appear with their attorney. **Failure to appear will result in the issuance of a warrant for your arrest.** If you can not afford an attorney, complete the enclosed financial affidavit and telephone Deputy Clerk Thomas Quinn immediately at (617) 748-9040. You must report to the Pretrial Services Office (room 1300, 1st floor), in the United States Courthouse Building two hours before you are scheduled to appear before the judge for a pretrial interview.