# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

| USA        v.s. Sean Sacco | FOR |  |
|---|---|---|
|  | AT |  |

PERSON REPRESENTED (Show your full name)

▶ Sean Sacco

| | DOCKET NUMBERS |
|---|---|
| 1 ☐ Defendant—Adult | Magistrate |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | District Court |
| 4 ☐ Probation Violator | 04-10231-MLW |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

Conspiracy, Mail Fraud

## ASSETS

**EMPLOYMENT**

Are you now employed?  ☒ Yes   ☐ No   ☐ Am Self-Employed

Name and address of employer: E.A. Colangeli Const. Co. Inc.

IF YES, how much do you earn per month? $ 2,010.00

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes   ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes   ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   RECEIVED $ _____   SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No   IF YES, state total amount $ 1,000.00

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes   ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT   VALUE $ 1,500.00   DESCRIPTION 1995 Nissan Maxima

## DEPENDENTS

MARITAL STATUS:
✓ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: / Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Apartment | $ | $ 500.00 |
| Cell phone | $ | $ 50.00 |
| Utilities, Electric cable Gas etc... | $ | $ 250.00 |
| Credit Cards | $ 600 | $ 200.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  11-8-4

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _[signature]_