# DAVIS, ROBINSON & WHITE, L.L.P.
## Attorneys at Law
One Faneuil Hall Marketplace, Third Floor
South Market Building
Boston, Massachusetts 02109
Telephone (617) 723-7339
Fax (617) 723-7731

Willie J. Davis
Frances L. Robinson
William M. White, Jr.

November 10, 2004

Jason M. Ranallo

Thomas Quinn, Courtroom Clerk to
Magistrate Judge Judith G. Dein
John Joseph Moakley United States District Court
One Courthouse Way
Boston, MA 02210

RE:    United States v. Sean Sacco
       Indictment No. 04-cr-10231 (MLW)
       Discovery Pursuant to Local Rules

Dear Mr. Quinn:

Please be advised that the defendant, Sean Sacco, does not waive the automatic discovery material pursuant to Local Rule 116.1(B). Rather the defendant states that no waiver will be filed and requests that the Government provide automatic discovery in accordance with Local Rule 116.1(C).

Having made this election, the defendant understands that no discovery motions need be filed at this time.

Thank you.

Very truly yours,

William M. White, Jr.

WMW:w

CC:    Victor Wild, AUSA
       Sean Sacco