**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**                                              **CRIMINAL  CASE**

                                                              **NO. 04-10231-MLW**
                    **V.**


**PETER MAGGIO et al**
                    **Defendant(s)**


### NOTICE OF HEARING

**WOLF, D.J.**


        **PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL**

**PRE-TRIAL  CONFERENCE  on  JUNE 17, 2005 at 11:00 A.M. before Judge  Wolf  in**

**Courtroom # 10  on the 5th  floor.**


                                        **SARAH A. THORNTON**
                                        **CLERK OF COURT**



**June 9, 2005**                              **By:     /s/ Dennis O'Leary**
        **Date**                                  **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**                              [ntchrgcnf.]
                                                        [kntchrgcnf.]