UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )    Cr. No. 04-10231-MLW
         v.              )
                         )
PAUL MAGGIO, ET AL.      )


<u>ORDER</u>

WOLF, D.J.                                    August 4, 2005

        I recently ruptured my Achilles Tendon and have been directed
by my doctor not to conduct court proceedings in the near future.
Accordingly, the previously scheduled hearing in this matter is
hereby CANCELLED and will be rescheduled when my medical situation
permits.




                         <u>/s/ MARK L. WOLF</u>
                         UNITED STATES DISTRICT JUDGE