

# DAVIS, ROBINSON & WHITE, L.L.P.
### Attorneys at Law
One Faneuil Hall Marketplace, Third Floor
South Market Building
Boston, Massachusetts 02109
Telephone (617) 723-7339
Fax (617) 723-7731

Willie J. Davis
Frances L. Robinson
William M. White, Jr.

_____

September 26, 2005

**BY HAND**

Victor A. Wild, Assistant
  United States Attorney
One Courthouse Way
Boston, MA   02210

> **RE:    United States v. Sean Sacco**
> **Indictment No. 04-10231**
> **Local Rule 116.1(D)**

Dear Attorney Wild:

With regard to Local Rule 116.1(D) this letter is to advise that the defendant has not determined whether he intends to present an affirmative defense in the above-captioned matter.  I am, however, in possession of various documents, photographs and a  videotape.

In an effort to provide the government with due notice of the defendant's potential offer of one or more of the documents, I am providing you with the following:

1.    Documents Bates Stamped 000001 – 000094, and;
2.    Memorex CD-R disc containing photographs of various motor vehicles.

I am also in possession of a videotape containing footage of various work sites should you wish to view it.  As I only have one copy of video, you are welcome to schedule a time to view it a my office or make secure arrangements to copy it.

Again, it is premature to determine whether the materials constitute reciprocal discovery a encompassed by rule, but they are produced here in any event.

Victor A. Wild, AUSA
09/24/05
Page 2


The defendant does not intend to rely on a defense of alibi.

Thank you.


Very truly yours,

WILLIAM M. WHITE, JR.


WMW:w

cc:    Dennis O'Leary, Courtroom Clerk
          to Hon. Mark L. Wolf (letter only)
       Sean Sacco (letter only)