


**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

December 1, 2005

James M. Merberg, Esq.          Joseph S. Oteri, Esq.
76 Long Wharf                   20 Park Plaza
Boston, MA 02110                Boston, MA 02116

Elliot Weinstein, Esq.          Roger Witkin, Esq.
228 Lewis Wharf                 6 Beacon Street
Boston, MA 02110                Boston, MA 02108

Scott Lopez, Esq.               William M. White, Esq.
24 School Street                1 Faneul Hall
Boston, MA 02108                Boston, MA 02109

    Re:  <u>United States v. Maggio, et al.</u>
         Criminal No. 04-10231-MLW

Dear Counsel:

    It was proposed in November that I meet with all interested defense counsel to specifically review the voluminous records held at the FBI. As you know, I have been fully committed to a lengthy 6-defendant trial before Judge Stearns. The evidence portion of that trial has been completed and I would like to complete the review of 20+ boxes of records in this case.

    This discovery process must be accomplished before December 20th for several reasons. Judge Wolf has ordered that all discovery be completed by January 20, 2006. However, I will be out of the country from December 31st through January 13th. I cannot meet with counsel for discovery in this case after my return in January because final argument in the trial before

Judge Stearns is scheduled for January 19th and I am scheduled to start a trial before Chief Judge Young on January 23rd.

Please confer among defense counsel and advise of a couple of dates between December 2nd and December 20th that all interested defense counsel could be available. When I am advised, I will contact FBI Agent Scott Robbins to determine when we can all meet for the review of records.

Thank you for your attention to this matter.

                                        Very truly yours,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By: _____
                                        VICTOR A. WILD
                                        Assistant U.S. Attorney

cc:   Dennis O'Leary
      Clerk to Judge Wolf