March 6, 2006

Dennis O'Leary, Deputy Clerk
 To Honorable Mark L. Wolf
United States District Court
1 Courthouse Way
Boston, MA  02210

      RE:   **United States v. Sean Sacco**
            **Criminal Docket No.  04-10231-MLW**
            **STATUS ON DISPOSITON OF CASE**

Dear Mr. O'Leary:

    This letter is to advise that I have notified Mr. Sacco regarding the Court's Order relative to his intent to plead guilty or go to trial.  Based on my discussions with the defendant, the case will proceed to trial.

    I apologize for not having earlier notified the Court consistent with the Order.  By oversight I believed that I was to notify the Court only if the defendant intended to change his plea to guilty.  Then, from February 26 until March 5, 2006, I was out of the country.

                Very truly yours,

                William M. White, Jr.

WMW:w

cc: Victor A. Wild, Assistant
      United States Attorney
   All Defense Counsel
   Mr. Sean Sacco