UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                                          NO. 04-10231 (MLW)

SEAN SACCO

_____

DEFENDANT'S MOTION TO JOIN MOTIONS OF CO-DEFENDANTS

     Now comes the Defendant Sean Sacco and moves that he be allowed to join the motions of co-defendants without having to file separate motions on his own behalf.  As reason therefore, the Defendant says that allowing him to join the motions of co-defendants will prevent an unnecessary duplication of similar pleadings.

     The Defendant requests that he be allowed to file supplemental pleadings to such motions as necessary.

     Respectfully submitted,

/S/ William M. White, Jr.
WILLIAM M. WHITE, JR.
BBO#:  546283
Davis Robinson and White, LLP
1 Faneuil Hall Marketplace, 3rd Floor
Boston, MA   02109
(617) 723-7339

Dated:  March 24, 2006

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  NO. 04-10231 (MLW)

SEAN SACCO
_____

CERTIFICATE OF SERVICE

    I, William M. White, Jr., hereby certify that on this March 24, 2006, I have served a true copy of the above Motion upon the attorney of record for the United States, AUSA Victor Wild, and a courtesy copy to the Court, which was e-filed this day, by mail, postage pre-paid.

    /s/ William M. White, Jr.
WILLIAM M. WHITE, JR.
BBO#: 546283
Davis, Robinson & White, LLP
1 Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109
(617) 723 - 7339

DATE: March 24, 2006