UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  NO. 04-10231 (MLW)

SEAN SACCO

_____

DEFENDANT'S MOTION FOR LEAVE TO TRAVEL OUTSIDE THE DISTRICT

Now comes the Defendant, Sean Sacco, in the above-captioned matter, and moves this Court to allow him to travel outside the District of Massachusetts to Toronto, Canada from Friday April 21, 2006 until Sunday April 23, 2006.

The purpose of the defendant's trip is to attend two baseball games between the Toronto Blue Jays and Boston Red Sox on Friday April 21, 2006 at 7:00 p.m. and Saturday April 22, 2006 at 1:00 p.m. with his friends.

While in Toronto, the defendant plans to stay at the Cambridge Suites Hotel located at 15 Richmond Street, East Toronto, ON M5C 1N2.  The hotel telephone number is 416 – 368 – 1990.  The defendant's hotel reservation confirmation number is R18FF.32.2.1.

The defendant plans to travel to Toronto will be in the company of the following individuals:

| | |
|---|---|
| Gregory Moakley | Matthew Metzmaker |
| 12 Jordan Road | 3 Uncatena Avenue |
| Peabody, MA | Worcester, MA |
| | |
| Scott Marino | Patrick Morrison |
| 20 Meade Avenue, Unit #2 | 246 Fairmont Avenue |

2

    Hull, MA                                  Hyde Park, MA

    Ned Babyak                          Sean Cusson
    26 Timber Lane                   26 Timber Lane
    Holden, MA                           Holden, MA

    The defendant and his companions intend to travel by car.

    The defendant has advised the government of his intended travel plans. The government has advised that it assents to the motion so long as US Pretrial Services concurs in the proposed travel arrangements.

                                                      Respectfully submitted,

                                                      /S/ William M. White, Jr.
                                                      WILLIAM M. WHITE, JR.
                                                      BBO#: 546283
                                                      Davis Robinson and White, LLP
                                                      1 Faneuil Hall Marketplace, 3rd Floor
                                                      Boston, MA 02109
                                                      (617) 723-7339

Dated: April 10, 2006

3

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                       NO.  04-10231 (MLW)

SEAN SACCO
_____

C E R T I F I C A T E   O F   S E R V I C E

    I, William M. White, Jr., hereby certify that on this April 10, 2006, I have served a true copy of the above Defendant's Motion to Travel Outside the District upon the United States, Assistant United States Attorney Victor Wild, which was e-filed this day.

    /s/ William M. White, Jr.
    WILLIAM M. WHITE, JR.
    BBO#: 546283
    Davis, Robinson & White, LLP
    1 Faneuil Hall Marketplace, 3rd Floor
    Boston, MA  02109
    (617) 723 - 7339

DATE:  April 10, 2006