UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  NO. 04-10231 (MLW)

SEAN SACCO

DEFENDANT'S MOTION TO WITHDRAW
DEFENDANT'S MOTION FOR LEAVE TO TRAVEL OUTSIDE THE DISTRICT

Now comes the Defendant, Sean Sacco, in the above-captioned matter, and withdraws his motion for leave to travel outside the district on the grounds that arrangements surrounding a recent family death would not allow Defendant Sacco to travel in any event

Respectfully submitted,

/S/ William M. White, Jr.
WILLIAM M. WHITE, JR.
BBO#: 546283
Davis Robinson and White, LLP
1 Faneuil Hall Marketplace, 3rd Floor
Boston, MA  02109
(617) 723-7339

Dated: April 20, 2006

2

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                                          NO.  04-10231 (MLW)

SEAN SACCO
_____


CERTIFICATE OF SERVICE

     I, William M. White, Jr., hereby certify that on this April 20, 2006, I have served a true copy of the above Defendant's Motion to Travel Outside the District upon the United States, Assistant United States Attorney Victor Wild, which was e-filed this day.

                                      /s/ William M. White, Jr.
                                      WILLIAM M. WHITE, JR.
                                      BBO#: 546283
                                      Davis, Robinson & White, LLP
                                      1 Faneuil Hall Marketplace, 3rd Floor
                                      Boston, MA  02109
                                      (617) 723 - 7339

DATE:  April 20, 2006