

| MAIN OFFICE | Toll Free: 877-SAL-SOOT | NEW HAMPSHIRE OFFICE |
| --- | --- | --- |
| 15 HENDERSON ST. | FAX: 617-389-6868 | 54 STILES ROAD, STE. 107 |
| EVERETT, MA 02149 | www.salsclothing.com | SALEM, NH 03079 |

July 7, 2006

To Whom It May Concern,

    My name is Sal Barresi, Jr. My family has owned and presently owns businesses in Everett and other communities. I have known Sean Sacco, his mother, now recently deceased, and his entire family my whole life. The Sacco family has always been known throughout the community as citizens of character and moral integrity.

    Unfortunately when Sean was entering the corporate world, he was introduced to persons and corrupt ideas that he was rarely exposed to in his up bringing. He was unable to comprehend the magnitude of these ideas and their trickery. He had always trusted people of authority, as could be attested by his impeccable military career while serving his country. Hopefully those in the corporate world, such as those in Sean Sacco's dilemma, will feel stiffer judicial penalties in the future.

    Sean Sacco, a perfect gentleman, has put this chapter in is life behind him. Unfortunately these circumstances have set him back at a young age, but he is now well on his way to becoming an outstanding member of the community. Sean is now gainfully employed in a career position.

*Sal Barresi*

Sal Barresi, Jr.
President
Sal's Clothing Restoration, Inc.


