June 18, 2006

William J. Osborne
102 Fellsview Terrace
Stoneham, MA 02180

To Whom It May Concern:

I would like to submit this correspondence on behalf of Messrs. Sean Sacco and Louis Paradiso.

I know them to be of generally honorable and responsible character, with no prior criminal record on the part of either.

As a college faculty member, I think I have an added insight into the behavior of young men in their twenties. And although both these gentlemen are members of my extended family, I believe that their difficulties pertaining to this issue are due, primarily, to their basic unsophistication in the business world resulting in their being manipulated to a certain degree, rather than from any purposeful criminal intent. Both have been law-abiding citizens during their entire lives.

Many thanks for your consideration.

Sincerely,

*William J. Osborne*

William J. Osborne