UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  NO. 04-10231 (MLW)

SEAN SACCO

DEFENDANT'S MOTION TO INCLUDE ATTACHED
LETTER WITH DEFENDANT'S SENTENCING MEMORANDUM

Now comes the Defendant and moves to include the attached document as part of his sentencing memorandum.

Respectfully submitted,

/S/ William M. White, Jr.
WILLIAM M. WHITE, JR.
BBO#: 546283
Davis Robinson and White, LLP
1 Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109
(617) 723-7339

Dated: October 23, 2006

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                          NO. 04-10231 (MLW)

SEAN SACCO
_____

CERTIFICATE OF SERVICE

     I, William M. White, Jr., hereby certify that on this October 23, 2006, I have served a true copy of the above Defendant's Motion to Include Attached Letter with Defendant's Sentencing Memorandum upon the attorney of record for the United States, Assistant United States Attorney Victor Wild, by e-filing, and a courtesy copy to Dennis O'Leary, Courtroom Clerk to the Honorable Mark L. Wolf, by mail and electronic filing, which was e-filed this day.

                                /s/ William M. White, Jr.
                                WILLIAM M. WHITE, JR.
                                BBO#: 546283
                                Davis, Robinson & White, LLP
                                1 Faneuil Hall Marketplace, 3rd Floor
                                Boston, MA  02109
                                (617) 723 - 7339

DATE: October 23, 2006