# E. A. COLANGELI CONSTRUCTION CO. INC.
*GENERAL CONTRACTOR*
30 THACHER ST.
MALDEN, MA 02148

TELEPHONE (781) 324-9093                                             FAX (781) 324-9093

October 18, 2006

Attn: Honorable Judge Mark Wolf
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Character Reference for Sean Sacco

Dear Honorable Judge Wolf,

It is my pleasure to write a letter of character reference for Sean Sacco.

Sean has been a loyal employee of E.A. Colangeli Const. for the past 6 years and has been a reliable, dependable and trustworthy employee. Through my working relationship with Sean I would identify him as a good natured person, an honest employee and diligent in his responsibilities and duties here at E.A. Colangeli Const. Some of Sean's duties consist of receiving and depositing payments, reviewing invoices and requisitions and issuing payments to subcontractors and suppliers and he has my complete trust and confidence in performing these responsible duties.

I can also say Sean is a kind hearted charitable person because of the some of the charitable events he has participated in and E.A. Colangeli Const. had donated to the cause. For example, in the past Sean had raised donations for the St. Jude Children's Research Hospital by running in the Marine Corps Marathon.

I could continue with descriptions of Sean's many other good qualities- his work ethic, his energy, and his integrity to name three. Instead I would simply like to say how much I think of Sean and how strongly I feel about Sean's good character. He completes all his required tasks through hard work, trustworthiness and a high level of commitment.

With all this being said in this particular situation, I believe it would be a waste of governmental resources to punish Sean anymore than he has already been punished in regard to his reputation, credit and financial situation.

Please do not hesitate to contact me for any further information.

Sincerely,

Enrico Colangeli, Sr. President