

# **M E M O R A N D U M**

**To:**    Honorable Mark L. Wolf, Chief U.S. District Judge
**From:**  Matthew W. Ball, U.S. Probation Officer
**Re:**    **SACCO, Sean**
          **Docket No.: 1:04CR10231-007-MLW**
          **Request to Terminate Supervised Release as Scheduled**
**Date:**  August 15, 2008

On November 20, 2006, the above named individual appeared before Your Honor after pleading guilty to (1) Conspiracy; and (2) Mail Fraud. Mr. Sacco was sentenced to 2 years of probation. A $200 Special Assessment, and $420,878.00 Restitution was imposed at that time.

Since commencing his term of probation, Mr. Sacco has abided by the terms of supervision imposed by the Court. Mr. Sacco has had no new criminal charges and has reported to the Probation Office as directed. Mr. Sacco is currently employed as an office manager at E.A. Colangeli Construction Co. Inc. which is located in Malden, MA. He continues to reside in an apartment he shares with his girlfriend located in Milton, MA. Mr. Sacco has maintained consistent restitution payments throughout the course of his supervision. He has paid a total of $6,381.50 towards his restitution and has satisfied his Court ordered Special Assessment of $200. Mr. Sacco's term of Probation is due to expire on November 19, 2008.

I am requesting permission from Your Honor to inform the Financial Litigation Unit of Mr. Sacco's pending expiration. It is the opinion of the Probation Office that Mr. Sacco has paid to the best of his ability and the recommendation would be to terminate his Probation as scheduled on November 19, 2008. Unless Your Honor has any objection to this recommendation, the U.S. Probation Office will terminate Mr. Sacco's term of Probation as scheduled and notify the Financial Litigation Unit of his expiration so they may proceed to continue to collect his restitution if they so deem appropriate.

Reviewed and Approved by:

  /s/ Joseph LaFratta_____
Joseph LaFratta
Supervising U.S. Probation Officer
_____
THE COURT
[  ] I Concur
[  ] I do not Concur

                                                    _____
                                                    The Honorable Mark L. Wolf
                                                    Chief U.S. District Judge